**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Kingsley OBI, a/k/a Obi Kingsley, Defendant—Appellant.**

No. 05–7503.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 22, 2005.

Decided: Jan. 4, 2006.

Kingsley Obi, Appellant Pro Se. Sandra Wilkinson, Stuart A. Berman, Assistant United States Attorneys, Greenbelt, Maryland, for Appellee.

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kingsley Obi seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). An appeal may not be taken from the final order in a § 2255 proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue for claims addressed by the district court on the merits absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). We have independently reviewed the record and conclude that Obi has not made the requisite showing. *See Miller–El v. Cockrell,* 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*